UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 25, 2018

SEAN F. McAVOY, CLERK

| | |
|---|---|
| MAURIE LEROY LEMLEY,<br><br>                Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                Defendant. | No. 2:18-CV-00059-SMJ<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Before the Court is Magistrate Judge Rodgers's March 29, 2018 Report and Recommendation, ECF No. 9, recommending that the Court deny Plaintiff's Motion for Default Judgment. Neither party has objected to the Report and Recommendation. After reviewing the Report and Recommendation and relevant authorities, the Court finds the Magistrate Judge's findings are correct. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Report and Recommendation, **ECF No. 9**, is **ADOPTED** in its entirety.

2. Plaintiff's Motion for Default Judgment, **ECF No. 8**, is **DENIED**.

ORDER **-** 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel and Magistrate Judge Rodgers.

**DATED** this 25th day of April 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER - 2